Filed at_____, 2:47 P. M
10/16   20 17
Deputy Clerk, U.S. District Court
Middle District of Georgia

## THE ALMAURIKANOS NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
### Indigenous Natural Peoples of Land North-West Amexem / North America

# L E G A L   N O T I C E   O F   R E M O V A L
## FROM MUNICIPAL COURT TO FEDERAL COURT
## PURSUANT TO TITLE 28 § 1441- §1446
## PROPER ARTICLE III JURISDICTION
### 42 U.S.C. § 1983: Depravation of Rights Acting Under Color of Law

*1:17-cv-188*

### UNITED STATES DISTRICT COURT MIDDLE GEORGIA DISTRICT

**IN RE**: Summons / Ticket – Suit / Bill of Exchange / Action, Number E02616783

**ACCUSER/PLAINTIFF**
(Hereinafter RESPONDENT)

WORTH COUNTY STATE COURT INC, all profiting owners/beneficiaries et al, inconclusive of but not limited to: Ralph Powell, D. Harnage, Badge I.D. Number 0505, and all public servant/persons connected with this issue of National Diversity. Now and in the future, severally and jointly, reserving my rights to Add Additional names as they become available.

**V.**

**ACCUSED/ALLEGED/AFFIANT**
(Hereinafter AFFIANT)

I, Tehib Mahiem El Bey, *ex rel*... TEVAN JAMALL BROWN©, conjoined with all derivatives thereof, am a Moor American National, Indigenous, Living Human-Being, In Propria Persona. I do not. have not. and will not. under any circumstances, by threat, duress, or coercion waive any (Birth) Rights, Substantive Rights, and Unalienable Rights.
**C/O 814 Cameo Lane apt B**
**Near [Albany Georgia 31705]**
**Non-Domestic**
**Northwest Amexem/North America**

**Official Notice is hereby served on the WORTH COUNTY STATE COURT; all Judicial Sub-Divisions; Officials; Agents; and above-named RESPONDENT-all cases and Jurisdiction / Venue moved to Federal Court.  All Matters, Complaints, Traffic Tickets / Suits, Citations / Bills of Exchange (misrepresented as lawful warrants, etc.), must be filed with Federal Court, pursuant to Jurisdiction named hereinafter.**

## JURISDICTION

This action containing complaints for declaratory relief and for damages, is brought against the respondents to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic. Jurisdiction / Venue are hereby placed in one Supreme Court, pursuant to Article III Section 2 for The United States Republic, and the several States, under the Constitution; Article VI; and reaffirmed by obligatory Official Oaths. "The Judicial Power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls; --to all cases of admiralty and maritime jurisdictions;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects."

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

## AFFIANT

COMES NOW, Tehib Mahiem El Bey, In Propria Persona, Sui Juris (not to be confused with Pro se), Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance status; standing squarely affirmed and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America. Being a descendant of Moroccans and born in America, with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands-bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligation, Authority as expressed in Article VI of the Constitution for the United States of America :

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20

I, Tehib Mahiem El Bey, In Propria Persona, Sui Juris; Aboriginal, Indigenous Moorish American National, Freehold by Inheritance with Birthrights and protected and secured Inalienable Rights, makes with this NOTICE OF REMOVAL of the unconstitutional Complaint – Summons / Ticket – Suit / Bill of Exchange / Action, Number F02616783. Affiant is with reasonable expectation that the Officers / Agents, and Officials, holding any position of Public

Trust, or political office, are prohibited, under Official Oath, under the authority of The Law of the Land, from the use of the official position(s) or office(s) to violate the Constitution for the UNITED STATES OF AMERICA; and thus, by the abuse of authority, and the practice of superseding their 'limited' jurisdictional powers, violate and abridge the Natural, Divine, Unalienable, and Secured Rights of the People; terminating with the cause of damage to this Affiant.

## PARTIES

1. WORTH COUNTY STATE COURT INC, all profiting owners/beneficiaries et al, private corporation; foreign to the United States Republic; and all CITY OF SYLVESTER Employees; Agents; Officers; Contractors; Assignees, etc., being RESPONDENTs, Claimants, or Parties of Interest in the 'Color-of-Law' processes instituted by them, or any one of them, against Tehib Mahiem El Bey.

2. Policeman D. Harnage I.D. Number 0505, officer of the CITY OF SYLVESTER, STATE OF GEORGIA, Private Corporation, foreign to the United States Republic; and foreign to the organic Georgia Republic.

3. Ralph Powell Court Administer for the CITY OF SYLVESTER WORTH COUNTY STATE COURT, Private Corporation foreign to the United States Republic; and foreign to the organic Georgia Republic.

4. STATE OF GEORGIA, corporation established in the year SEVENTEEN SEVENTY-SIX (1776), foreign to the organic Georgia state Republic; and foreign to the United States Republic of North America.

## CAUSE OF ACTION

The Affiant / Tehib Mahiem El Bey while traveling on GA Highway 133 eastward was detained by Policeman / Prosecuting Witness, Officer D. Harnage Badge I.D. Number 0505; employed by the CITY OF SYLVESTER POLICE DEPARTMENT who stated that Tehib Mahiem El Bey was in violation of statute 40-6-181 which is private policy (being classed as law).

WORTH COUNTY STATE COURT is an unconstitutional, private corporation, not delegated by Congress, under Article III, Section 2 of the Constitution; and that the Officers does not, and did not provide 'Due Process' protected and secured for the People, by the Amendments IV, V, VI, VII, VIII, IX, and X of the United States Constitution, to which the Judges and Officers in every State is bound (by Official Oath) to support and to uphold. Any statutory regulation, ordinance, or laws of any State, to the contrary, notwithstanding.

This allegedly - accused Affiant believes that in accord with the Substantive Rights retained by the Affiant, notifying all parties of the Affiant's Moor American (Identification / Status) and that the Affiant was not, is not, and does not, waive any Inalienable Rights to due process; and affirmed that any action be adjudicated in a lawfully delegated jurisdiction and venue.

This Affiant made a "Reservation of Rights" as stated on the ticket / summon / suit/ complaint No. E02616783 and signed for the record; name, correct spelling of name.

WORTH COUNTY STATE COURT INC, all profiting owners/beneficiaries et al, is with the 'want of jurisdiction' by knowingly and willingly conspiring (under a Color-of-Authority) to deny this Affiant, Tehib Mahiem El Bey, (after this Affiant made a reservation of rights and stating for the record; name, correct spelling of name, and

national status) his Inalienable Rights, the right to a Name and Nationality of his choosing, etc. The State / Judge / Accuser(s) alleged and assumed the Affiant of being a Corporate Ward-ship 14th Amendment Artificial Negro Person/ citizen, which resulted in an unlawful arrest-of-rights, immunities and liberties; which is in direct contradiction to, and a violation of, the Fourth (IV) Amendment of the Constitution for the United States Republic; violating Article VI of the Constitution, by way of violating The Treaty of Peace and Friendship of EIGHTEEN HUNDRED-THRITY-SIX (1836) A.D.; Congressional Resolution # 75, Philadelphia Pennsylvania; a violation of Article 15 of 'The Universal Declaration of Human Rights' of Nineteen Hundred and Forty-Eight (1948) A.D. – General Assembly, United Nations; a violation of 'The Declaration of the Rights of The Child' of Nineteen Hundred and Fifty-Nine(1959) A.D(**http://www.un.org/cyberschoolbus/humanrights/resources/child.asp**); and violating 'The Rights of Indigenous Peoples'; and that the Officers of THE CITY OF SYLVESTER, STATE OF GEORGIA knowingly committed 'fraud' against the Affiant (Tehib Mahiem El Bey) by abusing their authority, in that they failed to correct a known violation; and did not aid in preventing said such abuse of authority, while having (by law) the obligation to do so; and violated the Fifth Amendment of The Bill of Rights of Seventeen Hundred and Ninety-One (1791) A.D.; impeding the Peoples' **right to due process under the Law, and equal protection of the Law**, Article 1 Section 10 of The Constitution for The United States of America which secures this Affiant the right to contract and conspiracy to commit fraud against this Affiant and against the United States Republic.

## INJURY

**The Officers** of THE CITY OF SLYVESTER, STATE OF GEORGIA commanded that the Affiant Pay Fines and Costs Imposed under threat, duress, and coercion with a 'man-of-straw' / misnomer word, misrepresented as implying my name, and typed upon the Order / Instrument, and was improperly spelled, "TEVAN JAMALL BROWN" in ALL CAPITAL LETTERS. That misnomer and CORPORATE - NAME, "TEVAN JAMALL BROWN" is clearly (an artificial – person / entity); is not me, the Natural Person; is a deliberate grammatical error, intended for injury to me; and is clearly not of consanguine relationship to me or to my nationality, in any form, truth, or manner, nor to my Moorish Family Bloodline. This is a in violation of my secured rights to my name and nationality; a violation of International Law; and a violation of the Obligations of the Officers of the Court; and a violation of their fiduciary duties and Official Oaths to uphold and to support Article VI of the United States Constitution; and thus, violating my Substantive Rights, and the Articles of Part 1 of '*The Rights of Indigenous People*' (**http://en.wikisource.org/wiki/Draft:United_Nations_Declaration_on_the _Rights_of_Indige...**) as follows:

"Indigenous People have the right to a full and effective enjoyment of all human rights and fundamental freedoms recognized in the Charter of the United Nations; The Universal Declaration of Human Rights; And International Human Law."

Article 5 of the *Rights of Indigenous People*

"Every Indigenous individual has the Right to a Nationality."

Article 15 of the *Declaration of Human Rights* (**http//www.un.org/Overview/rights.html**)

Everyone has a right to a nationality. (2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his name."

All Law is contract therefore in order for any claim to be made the contract must be produced. For Gregory Williams to imply that the Writ in the Nature of Discovery does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

The unconstitutional charges being applied to this Affiant are not in pursuance of the Constitution for the United States of America, wherein it does guarantee, and this Affiant does declare the equal protection of the right to "life liberty and the pursuit of happiness" in the 1st Amendment, which includes the right to travel as evidenced in positive law and stare decisis, to wit; Chicago Motor Coach v. Chicago 169 NE 221 " the use of the highways for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived"; Teche Lines v. Danforth, Miss. 12 So 2nd 784, 787 "the right to travel on the public highways is a constitutional right", Slushis v. Safety Coach Transit Co., 229 KY 731, 17 SW 2D 1012, affirmed in Thompson v. Smith 154 S.E. 579 – "The right to travel upon the public highways and transport my property thereon, by automobile is not a mere privilege, which may be permitted or prohibited at will, but a common right which one has to life, liberty and the pursuit of happiness" and the State's application of 625 ILCS 5/et seq is "notwithstanding", Article VI cl.2 Ibid.

The Affiant claims full and equal protection of the Law in Marbury v. Madison 5 US 137 – "The Constitution of these United States is the Supreme Law of the Land. Any law, that is repugnant to the Constitution, is null and void of law."

The unconstitutional charges being applied to the Affiant are repugnant to the Constitution because they deny a right established and guaranteed in the 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Amendments, and in United States Supreme Court '**Stare Decisis**' so noted above, where this court has no authority to adjudicate contrary.

The unconstitutional charges under which the Affiant is being forced to answer are non-constitutional on their face and unconstitutional when applied to the Affiant because they do not have an enacting clause or single subject title, thereby denying due process of law.

Due Process of law is not necessarily satisfied by any process which the Legislature may prescribe. See: Abrams v. Jones 35 Idaho 532, 207 P. 724.

These phrases in the Constitution do not mean the general body of the law, common and statute, as it was at the time the Constitution took effect; for that would seem to deny the right of the Legislature to amend or repeal the law. They refer to certain fundamental rights which that system of jurisprudence, of which ours is a derivative, has always recognized. Brown v. Levee Com'rs 50 Miss. 468."

All orders or judgments issued by a judge in a court of limited jurisdiction must contain the findings of the court showing that the court has subject-matter jurisdiction, not allegations that the court has jurisdiction. In re Jennings, 68 Ill.2d 125, 368 N.E.2d 864 (1977) ("in a special statutory proceeding an order must contain the jurisdictional findings prescribed by statute.")

In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997). Without subject-matter jurisdiction, all of the orders and judgments issued by a judge are **void** under law, and are of no legal force or effect. In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997) ("Every act of the court beyond that power is void").

## RELIEF

**1.**    **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Temple of Science; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)**    I, Tehib Mahiem El Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America.

**2)**    I, Tehib Mahiem Bey, demand this United States Supreme Court stop these abuses of the colorable authority by the Respondent as it pertain to this Affiant.

**3)**    I, Tehib Mahiem El Bey, demand if any criminal charges be found, let them be placed upon the Respondents.

**4)**    I, Tehib Mahiem El Bey, demand this United States Supreme Court view this Affiant (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)**    I, Tehib Mahiem El Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Affiant (A Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering Respondent to be brought before the Law to answer for their criminal and unjust actions.

**6)**    All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of Exchange: Number <E02616783>, and any other 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on its face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

**7)**    All Unlawful Extorted Fines and Cost Be Immediately Reimbursed.

**8)**    All City, County and State Officials are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

**9)**    Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty of the charges and shall result in immediate Recusal of Office

**10)**    Respondent WORTH COUNTY STATE COURT is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**11)**    Respondent Ralph Powell is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity.

12)    Respondent Policeman, D. Harnage, Badge I.D. Number 0505, is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in his private capacity.

13)    Respondent STATE OF GEORGIA is being sued for $75,000 for compensatory damages and $75,000 for punitive damages in its official capacity.

**TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED**

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 16 day of October, 2017 = 1437 M.C.

I am: _____
Tehib Mahiem El Bey, Authorized Representative
Natural Person, In Propria Persona Sui Juris: (Not Pro se)
All Rights Reserved and Retained
Special Appearance: Under Threat, Duress and Coercion

CC

**United States Department of Justice**
**Office of the United States Attorney General**
C/O 950 Pennsylvania Avenue, North West
Near [Washington District of Columbia 20530-0001]

**Office of the Attorney General**
C/o 40 Capitol Square, Southwest
Near [Atlanta, Georgia 30334]

  

# Certificate of Service

It is Hereby Certified that service of the foregoing, the NOTICE OF REMOVAL, and, the associated Affidavit of Material Facts/ Writ in the Nature of Action has been made upon the following Respondent by depositing same in the United States Republic mail, with adequate postage affixed therefore to insure proper delivery

This __16__ day of __October__, 2017A.D = 1437 M.C correspondence to:

WORTH COUNTY STATE COURT INC
**ATTN: Clerk of Court and/or Authorized Agent**
**201 North Main Street Room 13**
**[Sylvester Georgia, Republic 31791]**

I am: _____
Tehib Mahiem El Bey, Authorized Representative
Natural Person, In Propria Persona Sui Juris: (Not Pro se)
All Rights Reserved and Retained
Special Appearance: Under Threat, Duress and Coercion

Received by: _____